# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

————————————————————

No. 1D17-4156

————————————————————

PETER M. BAPTISTE,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

————————————————————

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

September 19, 2019

PER CURIAM.

    AFFIRMED.

ROBERTS, ROWE, and KELSEY, JJ., concur.

————————————————————

*__Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.__*

————————————————————

Candice Kaye Brower, Criminal Conflict & Civil Regional Counsel, and Melissa Joy Ford, Assistant Regional Conflict Counsel, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Steven Edward Woods, Assistant Attorney General, Tallahassee, for Appellee.